

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2014

No. 04-13-00845-CV

Eric C. **SANDERS** and Carrie L. Sanders,
Appellants

v.

**AMERICAN HOME MORTGAGE SERVICING, INC.,**
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-17353
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on April 5, 2014. No further extensions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court